Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Sue Ann Renfro, Bar No. 143122
srenfro@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:   559.256.7800
Facsimile:   559.449.4535

Attorneys for Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF

Lawrence J. King, SBN 120805
kingesq@pacbell.net
Law Offices of Lawrence J. King
11 Western Ave.
Petaluma, CA 94952
Telephone: (707) 769-9791
Facsimile: (707) 769-9253

Attorney for Plaintiff ANA ISABEL MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANA ISABEL MORENO, | Case No.: 1:23-cv-00541 JLT SKO |
|---|---|
| Plaintiff, | Complaint Filed: April 26, 2023 |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT AND RESPONSE THERETO, TO CONTINUE DATE TO FILE JOINT SCHEDULING REPORT AND CONTINUE SCHEDULING CONFERENCE** |
| CITY OF PORTERVILLE and BRUCE SOKOLOFF, | |
| Defendants. | |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff ANA ISABEL MORENO ("Plaintiff") and Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF (collectively referred to as "Defendants"), hereby stipulate to the following:

1

1  WHEREAS, Plaintiff filed her Complaint ("Complaint") with this Court on April 6, 2023;

2  WHEREAS, Defendants agreed to waive formal service of Summons;

3  WHEREAS, following review and evaluation of Plaintiff's Complaint by defense counsel,
4  the respective counsel for the parties engaged in meet and confer communications;

5  WHEREAS, Plaintiff's counsel requested the opportunity to file a First Amended
6  Complaint; and

7  WHEREAS, defense counsel agreed to Plaintiff's request to file a First Amended
8  Complaint;

9  WHEREAS, counsel for Plaintiff and Defendants agreed to continue the date for filing the
10  joint scheduling report and date set for the Scheduling Conference in light of the extended time
11  for the parties to file pleadings;

12  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties to this suit,
13  by and through their counsel of record, as follows:

14  1. Plaintiff will file a First Amended Complaint on or before July 5, 2023;

15  2. Defendants will file a responsive pleading within 21 days of service of the First
16  Amended Complaint;

17  3. The parties stipulate and respectfully request that the Court continue the
18  Scheduling Conference from August 3, 2023, to August 25, 2023, or such other date as is
19  convenient for the Court; and

20  4. The parties stipulate and respectfully request that the Court continue the current
21  last day to file the Joint Scheduling report from July 27, 2023, to August 18, 2023, or such other
22  date reflective of the continued Scheduling Conference.

| | |
|---|---|
| Dated: June 2, 2023 | LIEBERT CASSIDY WHITMORE |

By: _*/S/ Jesse J. Maddox*_
Jesse J. Maddox
Sue Ann Renfro
Attorneys for Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF

| | |
|---|---|
| Dated: June 2, 2023 | LAW OFFICES OF LAWRENCE J. KING |

By: _*/S/ Lawrence J. King*_
Lawrence J. King
Attorneys for Plaintiff ANA ISABEL MORENO

## ORDER

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff is granted leave to file a First Amended Complaint on or before July 5, 2023;

2. Defendants will file a responsive pleading within 21 days of service of the First Amended Complaint;

3. The Scheduling Conference scheduled for August 3, 2023, is hereby continued to **September 14, 2023, at 9:30 A.M**.; and

4. The parties shall file their joint scheduling report by no later than **September 7, 2023**.

IT IS SO ORDERED.

Dated:  **June 6, 2023**                                  /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE