1  **Lawrence J. King, Esq., #120805**
2  **LAW OFFICES OF LAWRENCE J. KING**
   **11 Western Avenue**
3  **Petaluma, CA 94952**
   **Telephone:  707-769-9791**
4  **Fax:  707-769-9253**
   **Email:  kingesq@pacbell.net**
5
   **Attorneys for Plaintiff Ana Isabel Moreno**
6
                          **UNITED STATES DISTRICT COURT**
                       **FOR THE EASTERN DISTRICT OF CALIFORNIA**
7                                  **FRESNO DIVISION**

8  | ANA ISABEL MORENO, | CASE NO. 1-23-cv-00541-JLT-SKO |
   |---|---|
   | Plaintiff, | |
   | | **PLAINTIFF'S NOTICE OF UNAVAILABILITY OF COUNSEL** |
   | v. | |
   | | **AND** |
   | | **DECLARATION OF LAWRENCE J. KING** |
   | CITY OF PORTERVILLE, and BRUCE SOKOLOFF, | |
   | Defendants. | |

16   NOW COMES PLAINTIFF **ANTHONY LUCKEY,** and files this Plaintiff's Notice of Unavailability of Counsel. In support thereof, Plaintiff would show the Court the following:

18   Plaintiff's counsel, Lawrence J. King, spent the better part of last week in the hospital. This was the second time in the past month that Mr. King was admitted to the hospital for a potentially life-threatening condition. Mr. King is now being treated for said condition and is no longer in danger, but it will be several weeks before he can fully resume his normal routine.

22   As a result of his hospitalizations and the condition for which he was hospitalized, Mr. King has been unable to complete the First Amended Complaint that was due to be filed today.

24   Mr. King and counsel for the defendants have met and conferred and are discussing the possibility of filing a stipulation to extend the deadlines set in the Court's most recent order, including the deadline for Plaintiff to file an Amended Complaint. Counsel will continue to meet and confer and will report to the Court at their earliest opportunity whether or not they will be

filing a stipulation or whether Plaintiff's counsel will need to file a motion for the Court's consideration.

Dated: July 6, 2023     Respectfully submitted,

LAW OFFICES OF LAWRENCE J. KING

By: __/s/_____
     Lawrence J. King

### DECLARATION OF LAWRENCE J. KING

I, Lawrence J. King, declare as follows:

I am counsel for the Plaintiff in the above referenced case.

I have personal knowledge of the facts set forth above and if called to testify could testify to those facts asserted above.

Executed under penalty of perjury under the laws of California this 5th day of July, 2023.

Dated: July 5, 2032     __/s/_____
     Lawrence J. King