Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Sue Ann Renfro, Bar No. 143122
srenfro@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:   559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF

Lawrence J. King, SBN 120805
kingesq@pacbell.net
Law Offices of Lawrence J. King
11 Western Avenue
Petaluma, CA 94952
Telephone: (707) 769-9791
Facsimile: (707) 769-9253

Attorney for Plaintiff ANA ISABEL MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ANA ISABEL MORENO,<br><br>                     Plaintiff,<br><br>         v.<br><br>CITY OF PORTERVILLE and BRUCE SOKOLOFF,<br><br>                     Defendant. | Case No.:  1:23-cv-00541 JLT SKO<br><br>Complaint Filed: April 6, 2023<br>FAC Filed: August 7, 2023<br><br>**FOURTH JOINT STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT AND RESPONSE THERETO, TO CONTINUE DATE TO FILE JOINT SCHEDULING REPORT AND CONTINUE SCHEDULING CONFERENCE**<br><br>**(Doc. 16)** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff ANA ISABEL MORENO ("Plaintiff") and Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF (collectively referred to as "Defendants"), hereby stipulate to the following:

WHEREAS, Plaintiff filed her Complaint ("Complaint") with this Court on April 6, 2023;

WHEREAS, Defendants agreed to waive formal service of Summons;

WHEREAS, following review and evaluation of Plaintiff's Complaint by defense counsel, the respective counsel for the parties engaged in meet and confer communications;

WHEREAS, Plaintiff's counsel requested the opportunity to file a First Amended Complaint;

WHEREAS, defense counsel agreed to Plaintiff's request to file a First Amended Complaint;

WHEREAS, counsel for Plaintiff and Defendants also agreed to continue the date for filing the Joint Scheduling Report and date set for the Scheduling Conference in light of the extended time for the parties to file pleadings;

WHEREAS, the Court granted the parties' requests;

WHEREAS, Plaintiff's counsel suffered a serious health issue, which required hospitalization and the Court granted the parties' stipulation to extend deadlines;

WHEREAS, Plaintiff filed and served a First Amended Complaint on or about August 7, 2023;

WHEREAS, following review of the First Amended Complaint by defense counsel, the respective parties engaged in meet and confer communications;

WHEREAS, Plaintiff's counsel requested the opportunity to file a Second Amended Complaint and defense counsel agreed;

WHEREAS, the parties agreed to continue the date for filing the Scheduling Conference Report and Scheduling Conference in light of the extended time to file pleadings, if the Court so approves.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties to this suit, by and through their counsel of record, as follows:

1. Plaintiff will file a Second Amended Complaint within 15 days after the Court approves the instant Stipulation;

2. Defendants will file a responsive pleading within 21 days of service of the Second Amended Complaint, or if Plaintiff does not file a Second Amended Complaint by that 15 day

1  ///

2  period, Defendants will file a responsive pleading on or before 36 days after the Court approves

3  the instant Stipulation;

4      3.    The parties stipulate and respectfully request that the Court continue the

5  Scheduling Conference from September 14, 2023, to a date as is convenient for the Court; and

6      4.    The parties stipulate and respectfully request that the Court continue the current

7  last day to file the Joint Scheduling Report from September 7, 2023 to a date reflective of the

8  continued Scheduling Conference.

9  Dated: August 25, 2023     LIEBERT CASSIDY WHITMORE

By: */s/ Sue Ann Renfro*
    Jesse J. Maddox
    Sue Ann Renfro
    Attorneys for Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF

Dated: August 25, 2023     LAW OFFICES OF LAWRENCE J. KING

By: */s/ Lawrence J. King*
    Lawrence J. King
    Attorneys for Plaintiff ANA ISABEL MORENO

## **ORDER**

**IT IS HEREBY ORDERED THAT:**

    1.    Plaintiff is granted leave to file a Second Amended Complaint within 15 days following this Court's order approving the foregoing Stipulation (Doc. 16);

    2.    Defendants will file a responsive pleading within 21 days of service of the Second Amended Complaint, or if Plaintiff does not file a Second Amended Complaint by that 15-day period, Defendants will file a responsive pleading on or before 36 days after the Court approves the instant Stipulation;

    3.    The Scheduling Conference originally scheduled for September 14, 2023, at 9:30 a.m. is hereby continued to **November 30, 2023, at 9:45 a.m.** The parties shall file their joint

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

scheduling report **seven (7) days** prior to the conference.

IT IS SO ORDERED.

Dated:   **August 28, 2023**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

4

Joint Stipulation to File Second Amended Complaint

12145887.1 PO090-042