Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Sue Ann Renfro, Bar No. 143122
srenfro@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone: 559.256.7800
Facsimile: 559.449.4535

Attorneys for Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF

Lawrence J. King, SBN 120805
kingesq@pacbell.net
LAW OFFICES OF LAWRENCE J. KING
11 Western Avenue
Petaluma, CA 94952
Telephone: (707) 769-9791
Facsimile: (707) 769-9253
Attorney for Plaintiff ANA ISABEL MORENO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ANA ISABEL MORENO,<br><br>          Plaintiff.<br><br>     v.<br><br>CITY OF PORTERVILLE and BRUCE SOKOLOFF,<br>None.<br>          Defendant. | Case No.:  1:23-cv-00541 JLT SKO<br><br>Complaint Filed: April 6, 2023<br>FAC Filed: August 14, 2023<br>SAC Filed: September 6, 2023<br><br>**JOINT STIPULATION TO CONTINUE NOVEMBER 30, 2023 SCHEDULING CONFERENCE** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff ANA ISABEL MORENO ("Plaintiff") and Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF (collectively referred to as "Defendants"), hereby stipulate to continue the FRCP 16 Scheduling Conference set for November 30, 2023.

1

1    WHEREAS, Defendants filed a Motion to Dismiss on September 27, 2023 [Document

2 20];

3    WHEREAS, the parties received service of the Court's October 3, 2023, Minute Order

4 [Document 21] advising of a multiple month delay before a decision on the Motion to Dismiss;

5    WHEREAS, counsel are considering but have not yet agreed to stipulate to Magistrate

6 jurisdiction;

7    WHEREAS, even if the parties agree to Magistrate jurisdiction, the status of the pleadings

8 renders the November 30, 2023, Scheduling Conference premature to make decisions on the case;

9    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and

10 Defendants, through their respective counsels of record, and the parties respectfully request the

11 Court continue the FRCP 16 Scheduling Conference from November 30, 2023, to such other date

12 at least six months from November 30, 2023, and as is convenient for the Court.

Dated: November 14, 2023    LIEBERT CASSIDY WHITMORE

By: _/s/   Sue   Ann   Renfro_
Jesse J. Maddox Sue
Ann Renfro
Attorneys for Defendants CITY OF
PORTERVILLE and BRUCE
SOKOLOFF

Dated: November 14, 2023    LAW OFFICE OF LARENCE J. KING

By: _/s/   Lawrence   J.   King_
Lawrence J. King
Attorneys for Plaintiff ANA ISABEL
ORENO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ANA ISABEL MORENO,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>CITY OF PORTERVILLE and BRUCE SOKOLOFF,<br>None.<br>　　　　Defendant. | Case No.: 1:23-cv-00541 JLT SKO<br><br>Complaint Filed: April 6, 2023<br>FAC Filed: August 14, 2023<br>SAC Filed: September 6, 2023<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>**(Doc. 22)** |

## ORDER

For good cause appearing therefore, the foregoing Stipulation IS HEREBY GRANTED. The Scheduling Conference set for November 30, 2023, is hereby continued to May 30, 2024, at 9:30 a.m. The parties shall file their Joint Scheduling Report seven (7) days prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **November 15, 2023**　　　　　　　 /s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE