Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Sue Ann Renfro, Bar No. 143122
srenfro@lcwlegal.com
Phil Bui, Bar No. 328471
pbui@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ANA ISABEL MORENO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTERVILLE and BRUCE SOKOLOFF,<br><br>Defendant. | Case No.: 1:23-cv-00541 BAM<br><br>Complaint Filed: April 6, 2023<br>FAC Filed: August 14, 2023<br>SAC Filed: September 6, 2023<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Sue Ann Renfro, Esq. of Liebert Cassidy Whitmore, withdraws as counsel of record for Defendants City of Porterville and Bruce Sokoloff with respect to the above-referenced matter.

///

///

///

///

///

///

///

1

Notice of Withdrawal of Counsel

12661229.1 PO090-042

NOTICE IS FURTHER GIVEN that Jesse J. Maddox, Esq. and Phil Bui, Esq. of Liebert Cassidy Whitmore, shall continue as counsel of record for the Defendants and continue to be designated counsel for service in the above-captioned matter.

Dated: November 12, 2024                         LIEBERT CASSIDY WHITMORE

By: /s/ *Sue Ann Renfro*
Jesse J. Maddox
Sue Ann Renfro
Phil Bui
Attorneys for Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF