1    Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
2    Phil Bui, Bar No. 328471
pbui@lcwlegal.com
3    LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
4    5250 North Palm Ave, Suite 310
Fresno, California 93704
5    Telephone:    559.256.7800
Facsimile:    559.449.4535
6
Attorneys for Defendants CITY OF PORTERVILLE
7

8

9                    UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA - FRESNO

11   ANA ISABEL MORENO,                          Case No.:  1:23-cv-00541-BAM

12                    Plaintiff,                  Complaint Filed: April 6, 2023
                                                 FAC Filed: August 14, 2023
13        v.                                     SAC Filed: September 6, 2023
                                                 TAC Filed: November 8, 2024
14   CITY OF PORTERVILLE,
                                                 **DEFENDANT'S REQUEST FOR JUDICIAL
15                                               NOTICE IN SUPPORT OF DEFENDANT'S
                    Defendant.                   MOTIONS TO DISMISS AND TO STRIKE
16                                               PLAINTIFF ANA MORENO'S THIRD
                                                 AMENDED COMPLAINT**
17
                                                 Date:        January 10, 2025
18                                               Time:        9:00 a.m
                                                 Courtroom: 8
19

20        TO THE COURT, PLAINTIFF, AND HER ATTORNEYS OF RECORD:

21        PLEASE TAKE NOTICE on January 10, 2025 at 9:00 a.m. or as soon thereafter as this

22   matter may be heard in Courtroom 8 of the above-referenced court, Defendant CITY OF

23   PORTERVILLE ("Defendant") respectfully requests this Court take judicial notice, pursuant to

24   Federal Rule of Evidence 201, of the following facts and documents in connection with

25   Defendant's Motions to Dismiss and to Strike Plaintiff ANA MORENO's ("Plaintiff") Third

26   Amended Complaint filed concurrently herewith:

27   ///

28   ///

                                    1
    Defendant's Request for Judicial Notice in Support of Motion to Dismiss Plaintiff's Third Amended Complaint
    12685171.2 PO090-042

*[left margin vertical text]* Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

1    Plaintiff's Equal Employment Opportunity Commission ("EEOC") complaint dated July

2    12, 2022. A true and correct copy of Plaintiff's EEOC complaint described in this paragraph is

3    attached as Exhibit "A."

4    This Request for Judicial Notice is based upon the following Memorandum of Points and

5    Authorities, and all pleadings and records on file therein.

6    Dated:  December 6, 2024                    LIEBERT CASSIDY WHITMORE

7

8

9    By:    /s/ Jesse J. Maddox
              Jesse J. Maddox
10             Phil Bui
              Attorneys for Defendants CITY OF
              PORTERVILLE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

2

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

2     A court may consider judicially noticed facts on a Rule 12(b)(6) motion without

3 converting the motion to a summary judgment motion.  *Mullis v. U.S. Bankruptcy Court*, 828

4 F.2d 1385, 1388 (9th Cir. 1987).  It is also well settled that, while evidence outside the pleadings

5 normally cannot be considered in deciding a 12(b)(6) motion, "documents whose contents are

6 alleged in a complaint and whose authenticity no party questions, but which are not physically

7 attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss."

8 *Pollstar v. Gigmania* LTD, 170 F.Supp. 947, 977 (E.D. Cal. 2000) (citing *Branch v. Tunnell*, 14

9 F.3d 449, 454 (9th Cir. 1994)).  With this standard in mind, the Court is authorized to take

10 judicial notice of Plaintiff's complaint with the Equal Employment Opportunity Commission

11 ("EEOC").  This is a public record capable of accurate and ready confirmation by sources that

12 cannot reasonably be questioned, especially because Plaintiff cites it in the Third Amended

13 Complaint ("TAC").  TAC at 4:25-26.  *Griggs v. Sacramento City Unified Sch. Dist.*, 2021 WL

14 1614405, at *1 (E.D. Cal. 2021); *Hellmann-Blumberg v. Univ. of Pac.*, 2013 WL 1326469, at *1

15 (E.D. Cal. 2013); *Larson v. Conewango Prod., Corp.*, 2010 WL 1135987, at *5 (E.D. Cal. 2010);

16 *DeJesus v. Cty. of Mariposa*, 2022 WL 396838, at *3, fn. 3 (E.D. Cal. 2022); *Adetuyi v. City and*

17 *County of San Francisco*, 63 F.Supp.3d 1073, 1080-81 (N.D. Cal. 2014); *Dornell v. City of San*

18 *Mateo*, 19 F.Supp.3d 900, 904, fn. 3 (N.D. Cal. 2013); *Register Div. of Freedom Newspapers,*

19 *Inc. v. County of Orange*, 158 Cal.App.3d 893, 901 (1984). The Court may also take judicial

20 notice of undisputed records of a public agency.  *United States v. S. California Edison Co.*, 300

21 F.Supp.2d 964, 974 (E.D. Cal. 2004).

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

3

1    Pursuant to the accompanying motions to dismiss and to strike, Defendant intends to rely

2  on this agency record to show Plaintiff's claims are time-barred, and/or that she failed to exhaust

3  her administrative remedies with the DFEH and the EEOC.  Accordingly, Defendant respectfully

4  asks the Court to take judicial notice of Exhibit A attached to this Request.

5

6    Dated:  December 6, 2024                          LIEBERT CASSIDY WHITMORE

7                                                          */s/ Jesse J. Maddox*

8                                          By:    Jesse J. Maddox
                                                  Phil Bui
9                                                  Attorneys for Defendants CITY OF
                                                  PORTERVILLE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

4

# Exhibit A

*Law Offices of*
**LAWRENCE J. KING**

**RECEIVED BY**

ᴵJUL **1 2** 2022

**BY EMAIL TO: fresgov@eeoc.gov**

**EEOC FLO**

U.S. Equal Opportunity Commission
Robert E. Coyle Federal Courthouse
2500 Tulare Street, Suite 2601
Fresno, CA 93721

The following is submitted on behalf of, and signed by, Ana Isabel Moreno.

I, Ana Isabel Moreno, request that the U.S. Equal Opportunity Commission (hereinafter "the EEOC") treat this letter as my formal complaint of discrimination against the City of Porterville, California, the Porterville Police Department, and the individuals named herein.

I also request that the EEOC cross-file this complaint with the California Department of Fair Employment & Housing.

Finally, I request that all correspondence and communication concerning my complaint be addressed to Lawrence J. King, the attorney I have retained to prosecute my claims.

The following is the information your website says we must provide to file a formal written complaint with your office.

## Complainant's information

Name:            Ana Moreno

Address:         c/o Lawrence J. King, 11 Western Avenue, Petaluma, CA 94952

Telephone number:    (707) 364-2352

Email address:    kingesq@pacbell.net

## Respondents' Information

Names:    City of Porterville & Lieutenant Bruce Sokoloff

Address:    291 North Main Street, Porterville CA, 93257

Telephone #:    (559) 782-7499

## Description of discrimination and retaliation

11 Western Avenue, Petaluma, CA 94952
(707) 364-2352
kingesq@pacbell.net

Bruce Sokoloff was originally a trusted mentor to me after I rejoined the Porterville Police Department. However, beginning in December, 2020, things changed and he began asking me out for drinks, suggesting we go out of town together, and apparently seeking an intimate relationship with me although he was married and I considered his wife a friend. I did my best to put him off, making up excuses whenever he proposed us getting together alone or being sure there were co-workers or other friends present whenever we were together outside of work.

Eventually, I began dating Anthony Luckey, a fellow officer who joined the Porterville Police Department in 2020. Once Lt. Sokoloff learned that Officer Luckey and I were romantically involved, he began retaliating against both of us, got Anthony Luckey fired, and created a hostile work environment that eventually forced me to quit.

## Final Act of Discrimination and retaliation

My last day working at the Porterville Police Department was March 26, 2022.

## Protected basis of the discrimination and retaliation

I believe I was sexually harassed by Lt. Bruce Sokoloff and retaliated against when I rebuffed Lt. Sokoloff's ongoing sexual harassment and began dating a black co-worker, Anthony Luckey.

I look forward to your anticipated investigation.

Sincerely,

Ana Moreno

11 Western Avenue, Petaluma, CA 94952
(707) 364-2352
kingesq@pacbell.net