UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ISABEL MORENO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PORTERVILLE, et al.,<br><br>　　　　　Defendants. | Case No.  1:23-cv-00541-BAM<br><br>ORDER GRANTING JOINT MOTION REQUESTING THE COURT TO RESCHEDULE THE JANUARY 10, 2025 HEARING FOR DEFENDANT'S MOTION TO STRIKE AND RELATED DEADLINES<br><br>(Doc. 52) |

　　Currently before the Court is the parties' stipulation and joint motion requesting that the Court reschedule the January 10, 2025 hearing on Defendant City of Porterville's motion to strike and related deadlines.  (Doc. 52.)  Having considered the request, and cause appearing, IT IS HEREBY ORDERED as follows:

　　1. The hearing on Defendant City of Porterville's motion to strike (Doc. 47) is continued to **February 21, 2025, at 9:00 a.m. in Courtroom 8 (BAM)** before the undersigned.

　　2. Plaintiff's opposition to the motion is due on or before January 17, 2025.

　　3. Defendant's reply, if any, is due on or before January 31, 2025.

IT IS SO ORDERED.

　　Dated:　**December 20, 2024**　　　　　　　　／s／ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1