# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ISABEL MORENO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTERVILLE, et al.,<br><br>Defendants. | Case No. 1:23-cv-00541-SAB<br><br>ORDER DIRECTING PARTIES TO FILE JOINT SCHEDULING REPORT<br><br>(ECF No. 77)<br><br>**MARCH 27, 2026 DEADLINE** |

On March 17, 2026, the Court held a status conference regarding the progress in this matter. For the reasons stated on the record, the Court ORDERS the parties to file a joint scheduling report by March 27, 2026, that contains only the dates identified below and any other issues the parties wish to bring to the Court's attention. The parties should also indicate whether the plan to proceed with a bench or jury trial, along with the approximate length of trial.

| SCHEDULING WORKSHEET | |
|---|---|
| Rule 26 Disclosures | |
| Expert Disclosure | |
| Supplemental Expert Disclosure | |
| Non-Expert Discovery Cut-Off | |

| | |
|---|---|
| Expert Discovery Cut-Off | |
| Dispositive/Pre-Trial Motions Deadline | |
| Pre-Trial Conference | |
| Trial Date | |

IT IS SO ORDERED.

Dated:  **March 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2